UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                  Case No. 2:17–cr–20625–MFL–MKM
                                                  Hon. Matthew F. Leitman

Timothy Dixon,

                    Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Matthew F. Leitman as follows:

    Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for:  Timothy Dixon

- STATUS CONFERENCE:  September 21, 2020 at 01:30 PM

    The conference shall be initiated by using the call–in information provided below.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**    Please use the following call–in information to join the call: Call–In #: 215.446.3649; Access Code: 8390969

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: <u>s/H Monda</u>
                                                                   Case Manager

Dated:  September 9, 2020